UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

Maldonado, *et al.*,

                Plaintiffs,

–v–

New York Beer Co., *et al.*,

                Defendants.

20-cv-10309 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' proposed case management plan and joint letter. The IPTC scheduled for February 19, 2021 is adjourned. The Court determines that there is not sufficient justification for the requested discovery deadlines, which are far outside the Court's usual practices. The parties are instructed to submit a new proposed case management plan by February 25, 2021 with dates that are in line with the Court's usual practices for discovery deadlines or providing justification for some modest extension beyond those dates.

    SO ORDERED.

Dated: February 15, 2021
       New York, New York

                                          _____
                                          ALISON J. NATHAN
                                          United States District Judge