**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (718) 971-0326
Fax: (718) 795-1642
Email: info@bkllawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021

Writer's Direct: Angela Kwon, Esq.
akwon@bkllawyers.com

September 24, 2021

**Via ECF**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:    *Maldonado, et al. v. New York Beer Co LLC d/b/a Jacob's Pickles, et al.*
            Case No. 1:20-cv-10309 (AJN)

Dear Judge Nathan:

    We are counsel for Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, to inform the Court that the parties have agreed to engage in a private mediation for a contemplated class settlement with mediator Mr. Martin F. Scheinman. The parties are currently working together to schedule a mediation with Mr. Scheinman and anticipate that the mediation session will be scheduled for November 2021.

    Based on the foregoing, the parties respectfully request a stay in the action until a date following the mediation. The parties seek the stay so that they can limit litigation expense and focus their resources on the upcoming mediation. Within two weeks of the mediation, the parties will submit a joint letter informing the Court whether they were able to reach a settlement of the matter. In the event the parties do not settle at mediation, the parties will propose a schedule as to the discovery that is outstanding.

    We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Angela Kwon*
Angela Kwon, Esq.

cc:    all parties via ECF

The parties are ordered to provide the Court with a status update and proposal for next steps in this matter by December 15, 2021.

*[Signature]*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

9/27/2021