**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/2022

Writer's Direct: Angela Kwon, Esq.
akwon@bkllawyers.com

September 12, 2022

**Via ECF**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



RE: *Maldonado, et al. v. New York Beer Co LLC d/b/a Jacob's Pickles, et al.*
Case No. 1:20-cv-10309 (ALC)

Dear Judge Carter:

We are counsel for Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, to respectfully request a 14-day extension, until September 26, 2022, to submit the parties' settlement agreement and motion for preliminary approval. The parties are in the process of preparing the documents, which is currently due September 12, 2022, but require a brief extension to finalize and execute the agreement and the motion. There has been two prior requests for an extension, which were granted.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Angela Kwon*
Angela Kwon, Esq.

cc:     all parties via ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 9/13/2022