UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO MALDONADO, ALEXANDER UNGER, SAUL MARTINEZ, SERGIO ALDANA DIAZ, CAITLYNN SCHUMACHER, and KATHERINE WELLS, *on behalf of themselves and others similarly situated*,

                Plaintiffs,

v.

NEW YORK BEER CO LLC
   d/b/a JACOB'S PICKLES,
THE PICKLE PEOPLE LLC
   d/b/a MAISON PICKLE,
PUNCH THE PICKLE LLC
   d/b/a LUCKY PICKLE DUMPLING CO.,
TIKI CHICKI LLC
   d/b/a TIKI CHICK,
IAKOVOS HADJIGEORGIS,
and GEORGE HADJIGEORGIS,

                Defendants.

Case No.: 20-cv-10309 (ALC)

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT
AND DISSEMINATION OF NOTICE TO THE CLASS**

PLEASE TAKE NOTICE that, upon the annexed the Memorandum of Law, the Declaration of Angela Kwon, Esq., and the exhibits annexed thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement and Release, attached as **Exhibit A** to the Declaration of Angela Kwon ("Kwon Declaration");

(2) certifying the proposed class and collective action for settlement purposes;

(3) directing the dissemination of the proposed Notice of Class Action Settlement, attached as **Exhibit B** to Kwon Declaration;

(4) appointing Brown Kwon & Lam, LLP as Class Counsel;

(5) setting a date, time and place for a final approval hearing; and

(6) granting such other relief as the Court deems just and proper.

Plaintiffs respectfully submit a Proposed Order, attached hereto.

Dated: December 8, 2022
New York, New York

Respectfully submitted,

**BROWN, KWON & LAM LLP**

By:  */s/ Angela Kwon*

Angela Kwon, Esq.
275 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
akwon@bkllawyers.com
*Attorneys for Plaintiffs*