UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO MALDONADO, ALEXANDER UNGER, SAUL MARTINEZ, SERGIO ALDANA DIAZ, CAITLYNN SCHUMACHER, and KATHERINE WELLS, *on behalf of themselves and others similarly situated*,

                Plaintiffs,

v.

NEW YORK BEER CO LLC
   d/b/a JACOB'S PICKLES,
THE PICKLE PEOPLE LLC
   d/b/a MAISON PICKLE,
PUNCH THE PICKLE LLC
   d/b/a LUCKY PICKLE DUMPLING CO.,
TIKI CHICKI LLC
   d/b/a TIKI CHICK,
IAKOVOS HADJIGEORGIS,
and GEORGE HADJIGEORGIS,

                Defendants.

Case No.: 20-cv-10309 (ALC)

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, the Declaration of Angela Kwon, Esq., and the exhibits annexed thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting final approval of the Settlement Agreement and Release, attached as

    **Exhibit A** to the Declaration of Angela Kwon ("Kwon Declaration");

(2) certifying the Class for settlement purposes;

(3) approving Class Counsel's attorneys' fees and costs;

(4) approving service awards to Named Plaintiffs;

1

(5) approving the Settlement Administrator's fees and costs; and

(6) dismissing this action with prejudice.

Plaintiffs respectfully submit a Proposed Order, attached hereto.

Dated: June 22, 2023
New York, New York

Respectfully submitted,

**BROWN, KWON & LAM LLP**

By: /s/ Angela Kwon

Angela Kwon, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
akwon@bkllawyers.com
*Attorneys for Plaintiffs*