MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO MALDONADO, ALEXANDER UNGER, SAUL MARTINEZ, SERGIO ALDANA DIAZ, CAITLYNN SCHUMACHER, and KATHERINE WELLS, *on behalf of themselves and others similarly situated*,<br><br>  Plaintiffs,<br>v.<br><br>NEW YORK BEER CO LLC<br>    d/b/a JACOB'S PICKLES,<br>THE PICKLE PEOPLE LLC<br>    d/b/a MAISON PICKLE,<br>PUNCH THE PICKLE LLC<br>    d/b/a LUCKY PICKLE DUMPLING CO.,<br>TIKI CHICKI LLC<br>    d/b/a TIKI CHICK,<br>IAKOVOS HADJIGEORGIS,<br>and GEORGE HADJIGEORGIS,<br><br>  Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __6/28/2023__<br><br><br>Case No.: 20-cv-10309 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Having considered Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, the Court now ORDERS that:

A. The settlement set forth in the Settlement Agreement and Release is fair and reasonable and Class Members were afforded all due procedural safeguards, and thereby grants the Motion for Final Approval and approves the settlement set forth in the Settlement Agreement and Release, including all service awards for Named Plaintiffs, administration fees, and Class Counsel's attorneys' fees and costs as described therein;

B. The Settlement Class is hereby certified under Fed. R. Civ. P. 23(b)(3) for settlement purposes;

1

C. All members of the Class who did not timely opt out are hereby permanently enjoined and restrained from asserting any and all claims that were released pursuant to the Settlement Agreement and Release;

D. This action is dismissed with prejudice; and

E. The Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, the Class, and the Defendants for the purpose of supervising the implementation, enforcement construction and interpretation of the Settlement Agreement and this Final Approval Order.

It is SO ORDERED this __28th__ day of __June__, 2023

_____
ANDREW L. CARTER, JR., U.S.D.J.